IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MILLER, JR.; EUGENE ) <br> SIMEONA, JR.; PJY ) <br> ENTERPRISES, LLC , ) <br>   ) <br>         Plaintiffs, ) <br>   ) <br>   vs. ) <br>   ) <br> KEITH M. KANESHIRO, ) <br> individually and in his capacity as ) <br> former Prosecuting Attorney of the ) <br> City and County of Honolulu; ) <br> HONOLULU POLICE ) <br> DEPARTMENT; CITY AND ) <br> COUNTY OF HONOLULU; JOHN ) <br> DOES 1-10; JANE DOES 1-10; and ) <br> DOE GOVERNMENTAL ) <br> ENTITIES 1-10, ) <br>   ) <br>         Defendants. ) <br> _____ ) | CV 23-00129 LEK-WRP |

ORDER ADOPTING  FINDINGS AND RECOMMENDATION
TO DISMISS ALL CLAIMS AGAINST DEFENDANT KEITH M. KANESHIRO
WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties

on September 01, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Dismiss All Claims Against Defendant Keith M. Kaneshiro

Without Prejudice", ECF No. 17,  are adopted as the opinion and order of this

Court.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAII, September 25, 2023.



      /s/ Leslie E. Kobayashi
      Leslie E. Kobayashi
      United States District Judge